# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

Clifford W. Taylor,
Chief Justice

127802

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHAEL WHITE, and DAVID
WHITE TRUST,
      Plaintiffs-Appellants,

v

                                  SC: 127802
                                  COA: 247928

REPUBLIC SERVICES, INC.,
and TAY-BAN CORPORATION,
      Defendants-Appellees.

                                  Saginaw CC: 00-034929-CK

_____/

      On order of the Court, the application for leave to appeal the December 2, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk